506 A.2d 898

**Russell L. SWACKHAMMER, Hazel D. Ellenberger and Cynthia Lynn Floravit, Appellants,**

v.

**COMMONWEALTH of Pennsylvania, UNEMPLOYMENT COMPENSATION BOARD OF REVIEW.**

Supreme Court of Pennsylvania.

Argued March 4, 1986.

Decided April 14, 1986.

John R. Fernan, Cartwright, Fernan & Whitney, Ridgway, for appellants.

Barry M. Hartman, Chief Counsel, Charles G. Hasson, Acting Deputy Chief Counsel, Unemployment Compensation Bd. of Review, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

LARSEN, J., dissents.